IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROSE MARIE KEARSEY, | } | Civil Action 1:12-cv-2342 |
| | } | |
| Plaintiff, | } | JUDGE: SOLOMON OLIVER, JR. |
| | } | |
| v. | } | |
| | } | |
| MONARCH RECOVERY | } | |
| MANAGEMENT, INC, | } | |
| | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Stipulated Dismissal with Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 11th day of April, 2013.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT